

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

December 5, 2022

**VIA ECF**

Hon. Ronnie Abrams
U.S. District Judge
Southern District of New York
40 Foley Square
Courtroom 1506
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
December 6, 2022

Re:     *United States v. Zishe Abraham,* 20-CR-411 (RA)

Dear Judge Abrams:

We represent defendant Zishe Abraham in the above-referenced matter. We write to respectfully request that the Court modify Mr. Abraham's bail condition to release part of his bail security, namely $50,000 in cash deposited with the Court, for use to pay legal fees and protect Mr. Abraham's Sixth Amendment right to counsel of choice. We further request that the Court order that the Clerk of the Court release this $50,000 directly to our firm, Meister Seelig & Fein, so that these funds can be applied for payment of Mr. Abraham's outstanding legal fees.

We have conferred with Pretrial Services (PTS Officer Andrew Abbott), and with counsel for the government (AUSA Jilan Kamal) who consent to this request.

Respectfully submitted,

            /s/ IH
_____
Henry E. Mazurek
Ilana Haramati

*Counsel for Defendant Zishe Abraham*