

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

May 15, 2024

**VIA ECF**

Hon. Ronnie Abrams
U.S. District Judge
Southern District of New York
40 Foley Square
Courtroom 1506
New York, NY 10007

Application granted.  The sentence is adjourned to June 26, 2024 at 11:30 a.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
May 15, 2024

Re:    *United States v. Zishe Abraham,* **20-CR-411 (RA)**

Dear Judge Abrams:

We represent defendant Zishe Abraham in the above-referenced matter.  We write to respectfully request an adjournment of Mr. Abraham's sentencing currently scheduled for May 31, 2024 until June 26, 2024, which I understand is a time mutually convenient for the Court and all parties.  This additional time is necessary to thoroughly compile the materials necessary for the Court's consideration at sentencing.  We have conferred with counsel for the government (AUSA Jilan Kamal) who consents to this request.

Respectfully submitted,

/s/ IH
Henry E. Mazurek
Ilana Haramati

*Counsel for Defendant Zishe Abraham*

cc:    Counsel of Record (*via ECF*)