

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

August 9, 2024

**VIA ECF**

Hon. Ronnie Abrams
U.S. District Judge
Southern District of New York
40 Foley Square
Courtroom 1506
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
August 9, 2024

Re:   *United States v. Zishe Abraham,* **20-CR-411 (RA)**

Dear Judge Abrams:

      We represent defendant Zishe Abraham in the above-referenced matter.  We write to respectfully request that the Court modify Mr. Abraham's conditions of release to permit him to travel to locations within the Northern District of New York.  We make this request because Mr. Abraham's extended family spends much of the summer in Fleischmanns, New York, located in the Catskills in the Northern District of New York.  A family Bar Mitzvah is scheduled to take place there over the weekend of August 18, 2024, and other family events are also planned there for later this month.

      To permit Mr. Abraham to participate in these family events, we respectfully request that the Court extend his travel parameters under his conditions of release to include the Northern District of New York.  The government and Pretrial Services do not object to this request.

Respectfully submitted,

/s/ IH
Henry E. Mazurek
Ilana Haramati

*Counsel for Defendant Zishe Abraham*

cc:   Counsel of Record (*via ECF*)
   Pretrial Services (*via Email*)