

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

October 20, 2025

**VIA ECF**

Hon. Ronnie Abrams
U.S. District Judge
Southern District of New York
40 Foley Square
Courtroom 1506
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
October 20, 2025

Re:     *United States v. Zishe Abraham,* **20-CR-411 (RA)**

Dear Judge Abrams:

We represent defendant Zishe Abraham in the above-referenced matter. We write to request exoneration of Mr. Abraham's bond and release of his passport.

First, Mr. Abraham was sentenced on September 18, 2024, and reported to BOP custody in December 2024, in accordance with his sentence. Accordingly, we respectfully, request that the Court exonerate Mr. Abrahams' bond, including return of Mr. Abraham's wife's passport, which was originally surrendered as part of Mr. Abraham's bail.

Second, we further request return of Mr. Abraham's passport. Mr. Abraham's supervising U.S. Probation Officer, PO Erica Cudina, has no objection to this request, and counsel for the government defers to Probation's position.

Respectfully submitted,

/s/ IH
Henry E. Mazurek
Ilana Haramati

*Counsel for Defendant Zishe Abraham*

cc:     Counsel of Record (*via ECF*)